# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 19-1216**                              **September Term, 2019**

**EPA-08/09/2019 Decision**

**Filed On:**

In re: Sealed Case,

**BEFORE:**     Tatel, Millett, and Pillard, Circuit Judges

# <u>UNDER SEAL OPINION</u>
# <u>NOT AVAILABLE TO PUBLIC</u>